EDWARD H. G. CLARK, *as Receiver, etc., Appellant, v.* FRANKLIN J. PARMENTER, *Respondent.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

FLAVIA M. BRISTOL and another, *Respondents, v.* EDWIN SEARS, *Appellant.*— Judgment reversed, referee discharged, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

CHARLES W. MILLER, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Motion for new trial denied and judgment ordered for plaintiff on verdict. Opinion by BOCKES, J.

JOHN I. SHUFELT and others, *Appellants, v.* MARIA WATROUS and others, *Respondents.*—Judgment reversed and new trial granted; referee discharged, costs to abide event. Opinion by LEARNED, P. J. Mem. by BOARDMAN, J.

SARAH C. CHAMBERS, *Respondent, v.* JOHN S. JONES, *Appellant.*— Judgment affirmed, with costs. Opinion by BOCKES, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Plaintiff, v.* THE HOME INSURANCE COMPANY, *Defendant.*— Judgment ordered for plaintiff for $7,500, and interest from January 15, 1882, with costs. Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Plaintiff, v.* THE ALBANY INSURANCE COMPANY, *Defendant.*— Judgment ordered for plaintiff for $2,812.50, and interest from January 15, 1882, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., not acting.

JENNIE McKALLOR, *Plaintiff, v.* CORNELIUS A. WALDRON and others, *Defendants.*— Judgment affirmed, with costs. Opinion by BOCKES, J.

IN THE MATTER OF PROBATE OF WILL OF ELIZA M. SMITH, *Deceased.*—Decree affirmed, with costs against appellant. Opinion by LEARNED, P. J.; BOCKES, J. dissenting.

JOHN O. MURDOCK, *Appellant, v.* WILLIAM YOUMANS, and JOHN J. YOUMANS, *Respondents.*—Judgment affirmed with costs. Opinion by BOCKES, J.; LEARNED, P. J., and BOARDMAN, J., concurring.

RALPH NEWELL, *Appellant, v.* RICHARD WHIGHAM and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* WAYLAND N. TRUMBLE, *Appellant.* — Judgment of Sessions reversed, and appeal to that court from judgment of Police Justice dismissed for want of jurisdiction. Opinion by BOCKES, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* SPENCER FRENCH, *Appellant.* — Same as in last case.